Count I, Negligent Homicide, 10 years with 2 years suspended + conditions; Count II, D.U.I., 60 days in the County Jail to be served concurrent to Count I; credit for time served; Court recommends placement in a pre-release center imposed on January 16, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Jeff Payne of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. GEORGE WOODROW BYRD, Defendant.

DECISION

No. ADC-86-175b

The application of the above-named defendant for a review of the sentence for Count III, Criminal Sale of Dangerous Drugs, 25 years with 15 years suspended; $5,000 to be paid to Cascade County Drug Program; Court recommends the Defendant be sent to Galen to undergo drug treatment imposed on January 27, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Stephen Moses, Attorney from Billings, for his assistance to the Defendant and to this Court.

DATED this 24th day of July, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

NOVEMBER 1987 CALENDAR

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. GEORGE K. DUCHARME, Defendant.

DECISION

No. DC-86-83

The application of the above-named defendant for a review of the sentence of 10 years on each of two count of Incest, to be served consecutively with 10 years sus-